ACCEPTED
01-14-00138-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 2:11:40 PM
CHRISTOPHER PRINE
CLERK

## No. 01-14-00138-CV

_____

**In the FirstCourt of Appeals
Houston, Texas**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
3/17/2015 2:11:40 PM
CHRISTOPHER A. PRINE
Clerk

_____

**ROLANDO ACEVEDO, ET AL.,**

*Appellants,*

**v.**

**THE O'QUINN LAW FIRM, ET AL.,**

*Appellees.*

_____

On Appeal from the Probate Court Number 2,
Harris County, Texas
Cause No. 392,247-416

_____

**UNOPPOSED THIRD MOTION TO ABATE APPEAL
PENDING SETTLEMENT APPROVAL**

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellants, Rolando Acevedo, et al., respectfully file this Unopposed Second Motion to Abate this appeal pending confirmation of acceptance of a tentative settlement agreement between the parties of this appeal.

1.     This case is pending in this Court. The Clerk's Record was filed on August 6, 2014.

2.     Appellants' brief was originally due September 6, 2014.

3. The parties have been involved in settlement negotiations, which have been fruitful. The clients have been contacted to seek their agreement to a global settlement. At this stage, Appellants asked for and received an abatement from the Court of Appeals on September 18, 2014.

4. As requested by the Court, Appellants filed a letter on November 3, 2014, requesting that the Court keep this appeal in abeyance to allow the parties to resolve these claims.

5. As the Court has requested, Appellants provided their latest status report to the Court on February 20, 2015.

6. Since the last update, the Parties have been haggling over the terms of the formal release. Because of the number of lawyer defendants and their counsel, obtaining clarity and agreement from so many lawyers has proved daunting. However, the Parties are confident that a final formal release will be forthcoming relatively soon. Thereafter, the releases will be sent to Appellants as well as all other clients connected to this suit (approximately 1075 clients). Once the releases have been received back from the clients, Appellants expect to dismiss this appeal.

7. It is expected to take approximately sixty to ninety days before all the releases have been sent out and received back. Thus, Appellants request the Court to extend the abatement of this appeal until approximately June 20, 2015.

Accordingly, Appellants Rolando Acevedo, *et al.*, respectfully request that this Court abate this appeal until June 20, 2015.

> Respectfully submitted,
>
> /s/Lance Christopher Kassab
> Lance Christopher Kassab
> State Bar No. 00794070
> lck@texaslegalmalpractice.com
> David Eric Kassab
> State Bar No. 24071351
> dek@texaslegalmalpractice.com
> 1420 Alabama
> Houston, Texas 77004
> Telephone: 713.522.7400
> Facsimile: 713.522.7410
> **Attorneys for Appellants**

### CERTIFICATE OF CONFERENCE

I have conferred with Dale Jefferson, one of the attorneys for Appellees, and he is unopposed to this motion.

> /s/Lance Christopher Kassab
> Lance Christopher Kassab

**CERTIFICATE OF SERVICE**

On March 17, 2015, I electronically filed this Unopposed Motion to Abate Appeal Pending Settlement Approval with the Clerk of Court using the eFile.TX.gov electronic filing system which will send notification of such filing to the following (except where alternate service is otherwise noted):

Jim Peacock
LAW OFFICES OF JIM PEACOCK
112 East 4th Street
Houston, Texas 77007
jimpeacock@msn.com

Dale Jefferson
MARTIN DISIERE JEFFERSON &
WISDOM LLP
808 Travis, Suite 1800
Houston, Texas 77002
jefferson@mdjwlaw.com

/s/Lance Christopher Kassab
Lance Christopher Kassab

4